Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Michael A. Slater (SBN 318899)
E-mail:  mslater@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA  94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendant
COUNTY OF MODOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.T.H., a minor, T.J.H., a minor, and V.C.H., a minor, by Guardian Ad Litem PAMELA HINTON, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MODOC, MODOC COUNTY SHERIFF MIKE POINDEXTER, UNKNOWN MODOC COUNTY CORRECTIONAL OFFICERS, SUPERVISORS, AND UNKNOWN MODOC COUNTY MEDICAL CARE PROVIDERS, and DOES 1 through 50 inclusive, <br><br> Defendants. | Case No.  2:20-cv-00566-JAM-DMC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COUNTY OF MODOC TO RESPOND TO THE COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)** |

Plaintiffs B.T.H., a minor, T.J.H., a minor, and V.C.H., a minor, by Guardian Ad Litem PAMELA HINTON's (collectively "Plaintiffs") and Defendant COUNTY OF MODOC (the "County") (collectively "the parties"), by and through their attorneys of record in the above-captioned matter, hereby stipulate and agree that:

WHEREAS, Plaintiffs filed their Complaint on March 13, 2020 (Dkt. No. 1);

WHEREAS, Plaintiff served the County with the Summons and Complaint on March 26, 2020;

1   WHEREAS, the County's responsive pleading is presently due on April 16, 2020;

2   WHEREAS, the parties are meeting and conferring pursuant to Judge John Mendez's March 16, 2020 "Order Re Filing Requirements" (Dkt. No. 3-2) to discuss the County's contemplated motion to dismiss and/or motion to strike certain portions of Plaintiffs' Complaint;

3   WHEREAS, Local Rule 144(a) of the United States District Court for the Eastern District of California provides that the parties may stipulate to extend time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

4   WHEREAS, the parties have not previously stipulated to an extension of time for the County to respond to the Complaint;

5   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the County shall file its responsive pleading by May 14, 2020.

**IT IS SO STIPULATED.**

Dated:  April 20, 2020                           LAW OFFICE OF LARRY L. BAUMBACH

By:   */s/ Larry L. Baumbach*

Larry L. Baumbach
Attorneys for Plaintiffs
B.T.H., a minor, T.J.H., a minor, and
V.C.H., a minor, by Guardian Ad Litem
PAMELA HINTON

Dated:  April 20, 2020                           BURKE, WILLIAMS & SORENSEN, LLP

By:   */s/ Michael S. Slater*

Gregory B. Thomas
Michael A. Slater
Attorneys for Defendant
COUNTY OF MODOC

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

Dated: April 20, 2020                                     BURKE, WILLIAMS & SORENSEN, LLP

By:   */s/ Michael A. Slater*
      Gregory B. Thomas
      Michael A. Slater
      Attorneys for Defendant
      COUNTY OF MODOC

## **ORDER**

The Court, having duly considered the parties stipulation set forth above, and good cause appearing, orders as follows:

The County's deadline to file a responsive pleading to Plaintiffs' Complaint is extended to May 14, 2020.

**IT IS SO ORDERED.**

Dated:  4/20/2020                                     /S/ John A. Mendez
                                                      UNITED STATES DISTRICT COURT JUDGE