LARRY L. BAUMBACH (State Bar No. 50086)
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Ave., Suite 100
Chico, CA 95928
Telephone: 530-891-6222
Fax: 530-852-3969
Email: llblaw@sandipipernet.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.T.H., a minor, T.J.H., a minor, and V.C.H., a minor, by Guardian Ad Litem PAMELA HINTON<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MODOC, MODOC COUNTY SHERIFF MIKE POINDEXTER, MODOC COUNTY SHERIFF OFFICER ERIC VON RADER, MODOC COUNTY SHERIFF OFFICER TEX DOWDY, MODOC COUNTY SHERIFF OFFICER JUSTIN MIDDLETON, MODOC COUNTY SHERIFF OFFICER MIKE MAIN, MODOC COUNTY SHERIFF OFFICER DAN NESTLE, UNKNOWN MODOC COUNTY CORRECTIONAL OFFICERS, SUPERVISORS, AND UNKNOWN MODOC COUNTY MEDICAL CARE PROVIDERS, and DOES 1 through 50 inclusive,<br><br>Defendants, | Case No.: Case No. 2:20-cv-00566- JAM AC<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiffs, B.T.H., T.J.H. and V.C.H, and Defendants COUNTY OF MODOC and FORMER MODOC COUNTY SHERIFF MIKE POINDEXTER (erroneously sued as MODOC COUNTY SHERIFF MIKE POINDEXTER), submit the following Joint Stipulation and request that the Court

-1-
STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

1  grant Plaintiffs leave to file a Second Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

   WHEREAS, on March 13, 2020, Plaintiffs filed their Complaint;

   WHEREAS, on May 14, 2020, Defendants filed a Motion to Dismiss and/or Motion to Strike;

   WHEREAS, on September 2, 2020, Plaintiff filed their First Amended Complaint;

   WHEREAS, on or about September 9, 2020, Defendants' counsel sent an email to Plaintiffs' counsel that the Defendants dispute the First Amended Complaint and contemplate on filing a motion to dismiss due to legal deficiencies; and

   WHEREAS, on September 10, 2020, the parties, through their counsel of record, telephonically met and conferred to attempt to informally resolve the issues to be raised in Defendants' contemplated motion to dismiss Plaintiffs' First Amended Complaint;

   WHEREAS, on September 11, 2020, defense counsel tentatively agreed to stipulate to Plaintiffs' then-forthcoming request for leave to amend to file a second amended complaint while also reserving Defendants' right to file a motion to dismiss Plaintiffs' Second Amended Complaint should it fail to cure the pleading deficiencies raised in defense counsel's September 9, 2020 email;

   WHEREAS, based on defense counsel's review of Plaintiffs' proposed Second Amended Complaint ("SAC") attached hereto as Exhibit A, the SAC fails to cure some of the legal deficiencies which made Plaintiffs' original Complaint subject to dismissal—e.g., Plaintiffs' first, second and third claims fail under Rule 8 because Plaintiffs have not pleaded enough facts to state a claims to relief that are plausible on their face.

   NOW, THEREFORE, the parties hereby stipulate and request that the Court grant Plaintiff leave to file a Second Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A hereto.

   IT IS SO STIPULATED.

Dated:  September 15, 2020                LAW OFFICES OF LARRY L. BAUMBACH


                                          By: */s/*LARRY L. BAUMBACH
                                             LARRY L. BAUMBACH
                                             Attorney for Plaintiffs

Dated:  September 15, 2020                         BURKE, WILLIAMS & SORENSON, LLP


By: */s/*MICHAEL A. SLATER
       GREGORY B. THOMAS
       MICHAEL A. SLATER
       Attorneys for Defendants
       County of Modoc and Former
       Modoc County Sheriff Mike
       Poindexter


## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiffs, , B.T.H., T.J.H. and V.C.H, are granted leave to amend to file their Second Amended Complaint, a copy of which is attached hereto as **Exhibit A**.

**IT IS ALSO ORDERED** that Defendants' responsive pleading shall be due twenty (20) days after the Second Amended Complaint is filed.

**IT IS FURTHER ORDERED** that the Second Amended Complaint is deemed filed as of the date the Order is transmitted via the CM/ECF system.

IT IS SO ORDERED.


Dated:  9/15/2020                                  /s/ John A. Mendez
                                                   JOHN A. MENDEZ
                                                   UNITED STATES DISTRICT COURT JUDGE