Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Michael A. Slater (SBN 318899)
E-mail: mslater@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants,
Modoc County, William Dowdy, Daniel Nessling,
Erik VonRader and Mike Main

Larry L. Baumbach (SBN 50086)
E-mail: llblaw@sandpipernet.com
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Ave., Suite 100
Chico, CA 95928
Tel: 530.891.6222   Fax: 530.852.3969

Attorney for Plaintiffs,
B.T.H., a minor, T.J.H., a minor, and V.C.H., a
minor, by Guardian Ad Litem PAMELA HINTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.T.H., a minor, T.J.H., a minor, and V.C.H., a minor, by Guardian Ad Litem PAMELA HINTON,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MODOC, MODOC COUNTY SHERIFF MIKE POINDEXTER, UNKNOWN MODOC COUNTY CORRECTIONAL OFFICERS, SUPERVISORS, AND UNKNOWN MODOC COUNTY MEDICAL CARE PROVIDERS, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 2:20-cv-00566-JAM-DMC<br><br>**STIPULATION AND ORDER AUTHORIZING DEPOSITION OF PAMELA HINTON AFTER SEPTEMBER 10, 2021 DISCOVERY CUTOFF AND BEFORE OCTOBER 15, 2021**<br><br>[Fed. R. Civ. P. 29] |

Defendants Modoc County, William Dowdy, Daniel Nessling, Erik VonRader and Mike Main (collectively, the "Modoc County Defendants"), and Plaintiffs B.T.H., T.J.H., and V.C.H

(collectively, "Plaintiffs") (altogether collectively, the "parties")—by and through their respective attorneys of record, and pursuant to Federal Rule of Civil Procedure ("Rule") 29—hereby stipulate and agree as follows:

**WHEREAS,** pursuant to stipulation of the parties (ECF No. 33), on January 5, 2021,[1] this Court ordered a discovery cutoff of September 10 (ECF No. 34);

**WHEREAS**, on August 10, the Modoc County Defendants served Plaintiffs with a notice of Pamela Hinton's (Plaintiffs' Guardian Ad Litem) August 25 deposition;

**WHEREAS**, on August 19, counsel for Plaintiffs indicated that Pamela Hinton was medically unavailable for deposition on August 25;

**WHEREAS**, on August 19, counsel for the parties agreed, in principle, to stipulate to the Modoc County Defendants' taking of Pamela Hinton's deposition after the September 10 discovery cutoff, should it become necessary, pursuant to Rule 29;

**WHEREAS**, on August 24, the Modoc County Defendants served Plaintiffs with an amended notice of Pamela Hinton's September 9 deposition;

**WHEREAS**, on August 31, counsel for Plaintiffs indicated that Pamela Hinton will not be available for deposition until the first week of October;

**WHEREAS**, the parties agree and stipulate that it will be in the best interest of the parties to allow the deposition of Pamela Hinton to proceed after the September 10 discovery cutoff but before October 15;

**WHEREAS**, the parties agree and stipulate that there is good cause to allow the deposition of Pamela Hinton to proceed after the September 10 discovery cutoff but before October 15;

**WHEREAS**, the parties agree and stipulate that this stipulation does not seek modification of the current litigation deadlines as set forth in this Court's January 5 Order (ECF No. 34);

**WHEREAS**, the parties agree and stipulate that this stipulation does not prejudice either

---

[1] All dates refer to dates in 2021 unless otherwise indicated.

of the parties' rights to seek modification of the current litigation deadlines as set forth in this Court's January 5 Order (ECF No. 34);

**NOW, THEREFORE**, the parties, through their respective counsel, jointly propose and stipulate that the Modoc County Defendants are authorized to take the deposition of Pamela Hinton after the September 10 discovery cutoff but before October 15.

**IT IS SO STIPULATED.**

Dated:  September 3, 2021                                    BURKE, WILLIAMS & SORENSEN, LLP


By:   */s/ Gregory B. Thomas*
    Gregory B. Thomas
    Michael A. Slater
    Attorneys for Defendants
    COUNTY OF MODOC and FORMER MODOC COUNTY SHERIFF MIKE POINDEXTER


Dated:  September 3, 2021                                    LAW OFFICES OF LARRY L. BAUMBACH


By:   */s/ Larry L. Baumbach*
    Larry L. Baumbach
    Attorney for Plaintiffs
    B.T.H., a minor, T.J.H., a minor, and V.C.H., a minor, by Guardian Ad Litem PAMELA HINTON

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

Dated:  September 3, 2021                                    BURKE, WILLIAMS & SORENSEN, LLP

By:   */s/ Michael A. Slater*
    Gregory B. Thomas
    Michael A. Slater
    Attorneys for Defendants
    COUNTY OF MODOC and FORMER MODOC COUNTY SHERIFF MIKE POINDEXTER

## ORDER

Based upon the foregoing stipulation, it is hereby ordered that the Modoc County Defendants are authorized to take the deposition of Pamela Hinton after the September 10, 2021 discovery cutoff but before October 15, 2021.

**IT IS SO ORDERED.**

Dated: 9/3/2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

OAK #4839-6984-0377 v1