LARRY L. BAUMBACH (State Bar No. 50086)
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Ave., Suite 100
Chico, CA 95928
Telephone: 530-891-6222
Fax: 530-852-3969
Email: llblaw@sandipipernet.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.T.H., a minor, T.J.H., a minor, and V.C.H., a minor, by Guardian Ad Litem PAMELA HINTON<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MODOC, MODOC COUNTY SHERIFF MIKE POINDEXTER, UNKNOWN MODOC COUNTY CORRECTIONAL OFFICERS, SUPERVISORS, AND UNKNOWN MODOC COUNTY MEDICAL CARE PROVIDERS, and DOES 1 through 50 inclusive,<br><br>Defendants, | Case No.  2:20-cv-00566-JAM-DMC<br><br>**STIPULATION TO DISMISS CLAIMS**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

**IT IS HEREBY STIPULATED** by and between Defendants UNKNOWN MODOC COUNTY CORRECTIONAL OFFICERS, SUPERVISORS, AND UNKNOWN MODOC COUNTY MEDICAL CARE PROVIDERS, by and through their Guardian Ad Litem Pamela Hinton (altogether collectively, the "parties"); by and through their respective attorneys of record; that the above-captioned matter be dismissed with prejudice as to all claims, causes of action and parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); with the parties bearing their own attorneys' fees and costs.

Dated:  January 6, 2022						LAW OFFICES OF LARRY L. BAUMBACH


							By:   */s/ Larry L. Baumbach*
							       Larry L. Baumbach
							       Attorney for Plaintiffs
							       B.T.H., a minor, T.J.H., a minor, and
							       V.C.H., a minor, by Guardian Ad Litem
							       PAMELA HINTON

Dated:  January 6, 2022
							BURKE, WILLIAMS & SORENSEN, LLP


							By:   */s/ Gregory B. Thomas*
							       Gregory B. Thomas
							       Michael A. Slater
							       Attorneys for Defendants
							       Modoc County, Mike Poindexter, William
							       Dowdy, Daniel Nessling, Erik VonRader
							       and Mike Main

   Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

							LAW OFFICES OF LARRY L. BAUMBACH
Dated:  January 6, 2022


							By:   */s/ Larry L. Baumbach*
							       Larry L. Baumbach
							       Attorney for Plaintiffs
							       B.T.H., a minor, T.J.H., a minor, and
							       V.C.H., a minor, by Guardian Ad Litem
							       PAMELA HINTON

## ORDER

Pursuant to the stipulation of the parties pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action and parties, with the parties bearing their own attorneys' fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: January 6, 2022                    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE